UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTURY SURETY COMPANY,

    Plaintiff,

v.                                     CASE NO.: 8:14-cv-616-T-23MAP

ROBERT ALAN KORKOSKE, JR.,
et al.,

    Defendants.
_____/

## ORDER

On July 14, 2014, Magistrate Mark A. Pizzo issued a report (Doc. 22) recommending the denial of Korkoske's motion (Doc. 11) to re-open the case and for attorney fees. No party objects. The report and recommendation (Doc. 22) is thorough and considered and is **ADOPTED**. Korkoske's motion (Doc. 11) is **DENIED**.

ORDERED in Tampa, Florida, on August 1, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE